UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEBORAH LAUFER,

        Plaintiff,

vs.

HOMIK INNS CORP.,

        Defendant.

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

Case No. 3:20-CV-0323 (BKS/ML)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, to wit, no party hereto is an infant or incompetent person for whom a conservator has been appointed, that this matter is hereby voluntary discontinued with prejudice and without costs to either party.

Dated: September 17, 2020

*/s/ Scott Piper*
Scott D. Piper Esq.
Harris Beach PLLC
Attorney for Defendant
99 Gamsey Road
Pittsford, NY 14534
(585) 419-8800
spiper@harrisbeach.com

*/s/ Peter Sverd*
Law Offices of Peter Sverd, PLLC
Attorneys for Plaintiff
225 Broadway - Suite 613
New York, NY 10007
(646) 751-8743
Psverd@sverdlawfirm.com

SO ORDERED: _____
                United States District Court Judge